No. 73–1303. ROSENTHAL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 73–1307. RANGEL ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1318. STANLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–1319. VILLA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–1325. MONTELLO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–1327. HAMILTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1340. GERSTENSLAGER Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 73–1341. DI VOSTA RENTALS, INC. *v.* LEE ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–1343. BROBECK *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–1352. WALDEN ET UX. *v.* SMALL BUSINESS ADMINISTRATION. C. A. 9th Cir. Certiorari denied.

No. 73–1354. BUSINESS ROUNDTABLE *v.* CONSUMERS UNION OF UNITED STATES, INC., ET AL. Temp. Emerg. Ct. App. Certiorari denied.